UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
FREDERICK LOCKHART, Individually and on behalf of all others similarly situated,
      Plaintiff(s),

v.

CARLOS COREAS, J & E MEAT CORP., MARIA OJEDA, SABRINA'S CHECK CASHING INC., SHAO MEI ZHEN, TROPICAL JERK & SEAFOOD CENTER, INC., and TWO COUNTY REALTY CO.,
      Defendants.
-----------------------------------------------------------------------x

Docket No.
10 CV 1644 (SJF) (MLO)
ECF Case

**Electronically Filed**

**DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

  **Glen H. Parker**, declares pursuant to 28 U.S.C. Section 1746, under penalty of perjury that the following is true and correct.

  1. I am associated with the firm of Hoey, King, Toker & Epstein, attorneys for the Defendant SABRINA'S CHECK CASHING INC. As such, I am familiar with the pleadings and proceedings heretofore had herein.

  2. This declaration is submitted in support of an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to dismiss plaintiff's Amended Complaint.

  3. Attached hereto as Exhibit "A" is a true and correct copy of the Second Amended Complaint, First Amended Complaint and Complaint in this action.

  4. Attached hereto as Exhibit "B" is a true and correct copy of defendant SABRINA'S CHECK CASHING INC. Answer.

5. Attached hereto as Exhibit "C" is a true and correct copy of Section 7.2 from 28 CFR Part 36, App. A. The U.S. Department of Justice also promulgates this law at http://www.ada.gov/adastd94.pdf.

6. Attached hereto as Exhibit "D" is a true and correct copy of a document that plaintiff's counsel presented to the Court with the representation that it was Section 7.2 from 28 CFR Part 36, App. A.

WHEREFORE, defendant SABRINA'S CHECK CASHING INC. respectfully requests that the Court issue an Order, pursuant to Rule 56 the Federal Rules of Civil Procedure, to dismiss plaintiff's Amended Complaint and for such other and further relief as the Court deems proper.

DATED:   August 10, 2010
         New York, New York

S/
Glen H. Parker